In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-291 CR


NO. 09-06-292 CR


____________________



GEORGE EARL OWENS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause Nos. 13719 and 13892






MEMORANDUM OPINION


 We have before the Court two appeals by George Earl Owens from sentences
pronounced October 31, 1995. The notice of appeal was filed with the trial court on June 1,
2006, more than thirty days from the date of sentencing. We notified the parties that the
appeal did not appear to have been timely filed. The response filed by the appellant does not
contend that notice of appeal was filed within the time permitted for perfecting appeal. The
Court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2. No extension of
time was timely requested pursuant to Tex. R. App. P. 26.3. It does not appear that appellant
obtained out-of-time appeals from the Court of Criminal Appeals. The Court finds it is
without jurisdiction to entertain these appeals. Accordingly, the appeals are dismissed for
want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 6, 2006 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.